UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| MARIA F. CRUZ-COSIO, | ) | |
|---|---|---|
| | ) | CASE NO.: 3:12-CV-00119-RCJ-VPC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #14-15) entered on August 30, 2013, in which the Magistrate Judge recommends that the Court deny Plaintiff's Motion for Remand (#11) and grant Defendant's Cross-Motion for Summary Judgment (#13). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #14-15).

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand (#11) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion for Summary Judgment (#13) is GRANTED. The Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 18th day of February, 2014..

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE